ORIGINAL

Richard W. Pierce Law Office, LLC
2nd Floor Alexander Building
P.O. Box 503514 C.K.
Saipan, Northern Marianas Islands 96950
Telephone No. (670) 235-3425
Facsimile No. (670) 235-3427
Email: rwpierce@saipan.com

F I L E D
Clerk
District Court

AUG - 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Tomoyuki Nagata, Dr. Jun Takimoto, Mayumi Takimoto and Sali Takimoto, a minor by her next best friend her mother, Mayumi Takimoto,

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOMOYUKI NAGATA, DR. JUN TAKIMOTO, MAYUMI TAKIMOTO AND SALI TAKIMOTO, A MINOR BY HER NEXT BEST FRIEND HER MOTHER, MAYUMI TAKIMOTO,<br><br>Plaintiffs,<br><br>vs.<br><br>BRENT J. HINKEMEYER, TAGA AIR CHARTER SERVICES, INC., TINIAN DYNASTY HOTEL, INC., HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENT, LTD., and DOES 1-75<br>Defendants. | CIVIL CASE NO. 08-0034<br><br>*EX PARTE* MOTION AND PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

MAYUMI TAKIMOTO, by and through her counsel, respectfully moves/petitions the Court to be appointed as Guardian Ad Litem for SALI TAKIMOTO, her minor child, pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, for the purpose of prosecuting her claim for loss of consortium, resulting from her father's injuries sustained in a plane crash in Saipan, on August 11, 2006, and in support thereof states as follows:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1331 and 1332.

2. The Petitioner and the minor child are residents of Japan.

1

3.  Petitioner is the mother of the minor child.

Dated this August 8, 2008.

                                                   Respectfully submitted,

                                                   RICHARD W. PIERCE LAW OFFICE, LLC

                                          By: _____
                                                 RICHARD W. PIERCE
                                                 Attorney for Tomoyuki Nagata, Dr. Jun Takimoto, Mayumi Takimoto and Sali Takimoto, a minor by her next best friend her mother, Mayumi Takimoto.