FILED
Clerk
District Court

AUG 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOMOYUKI NAGATA, DR. JUN TAKIMOTO, MAYUMI TAKI-MOTO, and, SALI TAKIMOTO, a minor, by her next best friend, her mother, MAYUMI TAKIMOTO,<br><br>Plaintiffs<br><br>v.<br><br>BRENT J. HINKMEYER, TAGA AIR CHARTER SERVICES, INC., TINIAN DYNASTY HOTEL, INC., HONG KONG ENTERTAIN-MENT (OVERSEAS) INVEST-MENT, LTD., and DOES 1-75,<br><br>Defendants | Civil Action No. 08-0034<br><br><br><br><br><br><br><br>ORDER APPOINTING MAYUMI TAKIMOTO AS GUARDIAN AD LITEM FOR HER MINOR CHILD, HER DAUGHTER, SALI TAKIMOTO |

BASED UPON the *ex parte* motion and petition for appointment of guardian *ad litem*, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that, pursuant to Fed.R.Civ.P. 17(c), Mayumi Takimoto be and hereby is appointed guardian *ad litem* for her daughter, Sali Takimoto, for the purpose of prosecuting her claim for loss of consortium.

DATED this 11th day of August, 2008.

_____
ALEX R. MUNSON
Judge